1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Alvin B. Lindsay (SBN 220236)
3  alvin@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  LAW OFFICES OF SAHAG MAJARIAN II
   Sahag Majarian, II (SBN 146621)
7  sahagii@aol.com
   18250 Ventura Blvd.
8  Tarzana, CA 91356
   Telephone: (818) 609-0807
9  Facsimile: (818) 609-0892

10 Attorneys for Plaintiff LEONARD EARL SHACKELFORD
   on behalf of himself and the Settlement Class

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  LEONARD EARL SHACKELFORD, an individual, on behalf of himself and others similarly situated,<br><br>15             Plaintiff,<br><br>16       vs.<br><br>17  SIMPLIFIED LABOR STAFFING SOLUTIONS, INC., a California corporation; DAMCO DISTRIBUTION SERVICES INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>20             Defendants. | Case No.: 2:20-cv-06846-AB-AFM<br><br>Class Action<br><br>Assigned for All Purposes to:<br>Hon. Andre Birotte, Jr.<br>Courtroom 7B<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declarations of David Yeremian and Lindsay Kline; and [Proposed] Order*]<br><br>Hearing:   February 19, 2021<br>Time:       10:00 a.m.<br>Judge:     Hon. Andre Birotte, Jr.<br>Location:  Courtroom 7B<br><br>Complaint filed: November 6, 2019<br>Amended Complaint: January 28, 2020<br>Second Amended: September 25, 2020<br>Removed: July 30, 2020 |

MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, on **February 19, 2021**, at **10:00 a.m.** or as soon thereafter as counsel may be heard, in Courtroom 7B of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Andre Birotte, Jr., Plaintiff LEONARD SHACKELFORD ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendants SIMPLIFIED LABOR STAFFING SOLUTIONS, INC. ("SLSS") and DAMCO DISTRIBUTION SERVICES INC. ("Damco") ("Defendants") (collectively, "the parties"), will and hereby does move this Court for final approval of the parties' Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement").

  This Motion is being filed concurrently with, and will be heard with, Plaintiff's Motion for Approval of Award of Attorneys' Fees and Costs and Class Representative Enhancement Payment ("Fees and Costs Motion"). Defendants do not oppose this Motion, the Fees and Costs Motion, or the requested awards.

  A copy of the parties' preliminarily approved Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement"), along with the recent Addendum contemplated by the November 19, 2020, stipulation of the parties and Order of this Court [ECF No. 31], is provided at **Exhibit A** to the Declaration of David Yeremian in support of the concurrently filed Fees and Costs Motion ("Yeremian Fees Decl."). (*See also* ECF No. 24-3). The preliminarily approved Notice of Class Action Settlement ("Class Notice"), which was mailed to the Class members on **November 25, 2020**, is provided with the supporting Declaration from the Settlement Administrator, Lindsay Kline of Simpluris, Inc. (*See* Declaration of Lindsay Kline Re: Notice and Settlement Administration and Final Approval ("Kline Decl."), ¶ 9, Exhibit A).

  Plaintiff makes this Motion pursuant to the Court's authority to approve the class action settlement upon finding that it is fair, reasonable, and adequate under Rule 23(e)(2) of the Federal Rules of Civil Procedure. The basis for this Motion is

1. that the proposed settlement is fair, adequate, and reasonable and in the best
2. interests of the Class as a whole, and the procedures proposed by the parties are
3. adequate to ensure the opportunity of Class members to participate in, opt out of, or
4. object to the Settlement. The Court has already preliminarily approved the
5. Settlement, and the Settlement Administration has been completed successfully. It
6. provides reasonable compensation to Plaintiff and the Class Members for their
7. claims against Defendants.
8.     Plaintiff requests entry of the concurrently provided [Proposed] Order and
9. Judgment granting final approval of the Settlement Agreement and awarding the
10. Settlement Administrator, Simpluris, Inc., reasonable administration costs and fees
11. of $60,000.00. Plaintiff further requests that the Court approve the requested
12. attorneys' fees and costs and representative enhancement payment awards, as
13. addressed in the Fees and Costs Motion documents.
14.     Plaintiff respectfully submits good cause exists for granting the Motion for
15. the reasons set forth in the concurrently filed documents, and those submitted with
16. the concurrently filed Fees and Costs Motion. This Motion is based upon this Notice
17. of Motion and Unopposed Motion, the Memorandum of Points and Authorities, and
18. the Declarations of David Yeremian (Class Counsel) and Lindsay Kline (Settlement
19. Administration), along with the her documents filed herewith, including the
20. Settlement Agreement, Addendum, and Motion for Fees and Costs documents, any
21. Exhibits to the Declarations, and the [Proposed] Order, as addressed above, and the
22. other pleadings and records on file in this action, and the presentations of counsel
23. and such oral or documentary evidence as may be presented at the hearing on this
24. unopposed Motion.

DATED: January 22, 2021

DAVID YEREMIAN & ASSOCIATES, INC.

By: */s/ Alvin B. Lindsay*
    David Yeremian
    Alvin B. Lindsay
    Attorneys for Plaintiff LEONARD
    SHACKELFORD and the Settlement Class