1  HILL, FARRER & BURRILL LLP
2  E. Sean McLoughlin (SBN 174076)
   Email: smcloughlin@hillfarrer.com
3  Clayton J. Hix (SBN 236718)
   chix@hillharrer.com
4  One California Plaza, 37th Floor
5  300 South Grand Avenue
   Los Angeles, CA 90071-3147
6  Tel: 213-620-0460 Fax: 213-624-4840
7  Attorneys for Defendant
8  SIMPLIFIED LABOR STAFFING SOLUTIONS INC.

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12  | LEONARD EARL SHACKELFORD, an individual, and on behalf of himself and others similarly situated, | CASE NO. 2:20−cv−06846−AB−AFM |
    | Plaintiff, | **HON. ANDRÉ BIROTTE JR.** |
    | v. | |
    | SIMPLIFIED LABOR STAFFING SOLUTIONS, INC., a California corporation; DAMCO DISTRIBUTION SERVICES INC., a Delaware corporation; and DOES 1 through 50, inclusive, | **JOINT STIPULATION REGARDING NOTICES PURSUANT TO 28 U.S.C. § 1715 AND FINAL APPROVAL ORDER**<br>*[Filed concurrently with [Proposed] Order]* |
    | Defendants. | Removal Filed:  July 30, 2020<br>State Action Filed: November 6, 2019 |

---

JOINT STIPULATION REGARDING NOTICES PURSUANT TO 28 U.S.C. § 1715

ACTIVE 55474006v1

## JOINT STIPULATION

Plaintiff Leonard Earl Shackelford ("Plaintiff") and Defendants Simplified Labor Staffing Solutions Inc. and Damco Distribution Services Inc. ("Defendants") (together, the "Parties"), by and through their respective counsel of record, submit the following joint stipulation and request related to the notices required by 28 U.S.C. Section 1715:

WHEREAS, the Parties appeared on February 19, 2021 for hearing on the Motion for Final Approval of Class Action Settlement [ECF No. 19];

WHEREAS, pursuant to 28 U.S.C. Section 1715, Defendants are required to mail notices regarding the proposed settlement to the appropriate Federal and State officials;

WHEREAS, defense counsel recently learned that, due to an administrative error, the necessary notices regarding the proposed settlement had not been mailed;

WHEREAS, counsel sincerely apologize for this error, which was discovered within the last few days;

WHEREAS, to ensure compliance with Section 1715, Defendants are mailing notices to Federal and State officials within the next week;

WHEREAS, the Parties have discussed and would like to proceed with the Final Approval process as discussed at the hearing on February 19, 2021;

WHEREAS, the Parties are prepared to discuss this issue further with the Court at a continued Final Approval Hearing, but recognize that the Court currently has taken the matter under submission. Therefore, if the Court is otherwise inclined to enter an Order Granting Final Approval of the Settlement on the submitted matter, the Parties request that such Order not become effective until at least ninety days after the CAFA notices are mailed, or in the alternative, for the Court to withhold its grant of final approval until ninety days have passed after mailing of the CAFA notices, to ensure that no Federal or State officials have any objections to the settlement, as in *Ault v. Walt Disney World Co.*, 2009 WL 10706209 (M.D. Fl. Apr. 27, 2009);

WHEREAS, if necessary, the Parties will file and submit a revised [Proposed] Order Granting Final Approval to this effect[1]

THEREFORE, the Parties jointly request that:

(1) the Court continue the Final Approval Hearing for at least 100 days, to allow the Defendants to mail the requisite CAFA notices; or in the alternative,

(2) the Court keep the matter under submission and withhold granting Final Approval for at least 100 days, to allow the Defendants to mail the requisite CAFA notices; or in the alternative,

(3) for the Court to request and approve an amended [Proposed] Order, which shall be filed within the next week, which would delay the effective date of Final Approval to a date at least 90 days after the CAFA notices are served.

Respectfully submitted,

DATED: February 23, 2021

DAVID YEREMIAN & ASSOCIATES, INC.

By: /s/ *Alvin B. Lindsay*
David Yeremian
Alvin B. Lindsay

Attorneys for Plaintiff
Leonard Earl Shackelford

DATED: February 23, 2021

HILL, FARRER & BURRILL LLP

By: /s/ *E. Sean McLoughlin*
E. Sean McLoughlin
Clayton J. Hix

Attorneys for Defendant
Simplified Labor Staffing Solutions Inc.

2
JOINT STIPULATION REGARDING NOTICES PURSUANT TO 28 U.S.C. § 1715

*ACTIVE 55474006v1*

DATED: February 23, 2021

GREENBERG TRAURIG, LLP

By: /s/ *Michael A. Wertheim*
Michael A. Wertheim

Attorneys for Defendant
Damco Distribution Services Inc.

### Attestation

All signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing pursuant to Local Rule 5-4.3.4(a)(2)(i).

DATED: February 23, 2021

HILL, FARRER & BURRILL LLP

By: /s/ *E. Sean McLoughlin*
E. Sean McLoughlin
Clayton J. Hix

Attorneys for Defendant
Simplified Labor Staffing Solutions Inc.